# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

159692(87)

ESTATE OF DONNA LIVINGS,
      Plaintiff-Appellee,

v

      SC: 159692
      COA: 339152
      Macomb CC: 2016-001819-NI

SAGE'S INVESTMENT GROUP, LLC,
      Defendant-Appellant,
and

T & J LANDSCAPING & SNOW REMOVAL,
INC., and GRAND DIMITRE'S OF
EASTPOINTE FAMILY DINING,
      Defendants.
_____/

On order of the Chief Justice, the motion of plaintiff-appellee for the substitution of parties is GRANTED. The "Estate of Donna Livings" is substituted as the named plaintiff-appellee in place of Donna Livings, who passed away on March 25, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    May 5, 2021



Clerk